NEW YORK LIFE INS. CO., Respondent, v. IVES, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1896.) Action by the New York Life Insurance Company against Margaret S. Ives. M. H. Cardozo, for appellant. R. E. Robinson, for respondent. No opinion. Order (41 N. Y. Supp. 225) affirmed, with $10 costs and disbursements.

NORTH BRITISH & MERCANTILE INS. CO. v. CENTRAL VERMONT R. CO. et al. (Supreme Court, Appellate Division, Third Department. March 8, 1897.) Action by the North British & Mercantile Insurance Company against the Central Vermont Railroad Company and others. No opinion. Motion to amend order granted, without costs. See 40 N. Y. Supp. 1113.

OSBORNE, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Third Department. March 12, 1897.) Action by Hiram Osborne against the New York Central & Hudson River Railroad Company. No opinion. Judgment and order affirmed, with costs.

PADDOCK, Appellant, v. STATE, Respondent. (Supreme Court, Appellate Division, Third Department. March 12, 1897.) Action by Simon D. Paddock against the state of New York. No opinion. Award reversed and a new trial granted; costs to abide the event. See 43 N. Y. Supp. 1160.

PALMER, Respondent, v. CITY OF SYRACUSE, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Action by Louisa May Palmer against the city of Syracuse. No opinion. Judgment and order affirmed, with costs.

PALMER, Respondent, v. SMITH et al., Appellants. (Supreme Court, Appellate Division, Third Department. December, 1896.) Action by Maggie Palmer against Fred W. Smith and Steve Smith. No opinion. Judgment and order affirmed, with costs.

PEOPLE, Respondent, v. COLE, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Proceeding by the people of the state of New York against Fred A. Cole. No opinion. Order affirmed.

PEOPLE v. CURRY. (Supreme Court, Appellate Division. First Department. October 16, 1896.) Proceeding by the people of the state of New York against John J. Curry. No opinion. Motion granted.

PEOPLE, Respondent, v. FLAGG, Appellant. (Supreme Court, Appellate Division, First Department. October 16, 1896.) No opinion. Motion denied. See 42 N. Y. Supp. 1130.

PEOPLE v. MURRAY. (Supreme Court, Appellate Division, First Department. October 16, 1896.) Proceeding by the people of the state of New York against John Murray. No opinion. Motion granted.

PEOPLE v. MURRAY HILL BANK. (Supreme Court, Appellate Division, Second Department. March 9, 1897.) Proceeding for the dissolution of the Murray Hill Bank. See, also, 41 N. Y. Supp. 804, 1126, 1127. W. E. Kisselburgh, Jr., for the People. Louis Marshall, for defendant.

PER CURIAM. We express no opinion on the question whether Messrs. Trask and O'Brien, having been first appointed the receivers of this corporation, in a proceeding held by this division, and also by the appellate division of the First department, to have been legally instituted, should not have been continued as receivers by appointment in this action. We think the question is not properly before us for determination—First, because the persons who make the present application have no standing in court; second, because the order sought to be resettled properly expressed the decision of this court as made at the time, and a substitution of receivers cannot be effected under the guise of a resettlement of that order.

PEOPLE v. SOLOMON. (Supreme Court, Appellate Division, First Department. October 16, 1896.) Proceeding by the people of the state of New York against Harry Solomon. No opinion. Motion granted.

PEOPLE, Respondent, v. TRAPHGEN, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 10, 1897.) Proceeding by the people of the state of New York against Lyman Traphgen. No opinion. Judgment and order affirmed, with costs.

PEOPLE, Respondent, v. WEEKS, Appellant. (Supreme Court, Appellate Division, Second Department. April 13, 1897.) Proceeding by the people of the state of New York against Charles L. Weeks. No opinion. Judgment affirmed.

PEOPLE ex rel. COMMISSIONERS OF PUBLIC CHARITIES v. GARRETT. (Supreme Court, Appellate Division, First Department. March 12, 1897.) Proceeding on the relation of the commissioners of public charities against Henry D. Garrett. No opinion. Motion granted, with $10 costs.

PEOPLE ex rel. INTERNATIONAL NAV. CO., Respondent, v. BARKER et al., Appellants. (Supreme Court, Appellate Division, First Department. March 12, 1897.) Proceeding on the relation of the International Navigation Company against Edward P. Barker and others. G. S. Coleman, for appellants. H. G. Ward, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

PEOPLE ex rel. McELROY v. ROOSEVELT et al. (Supreme Court, Appellate Division, First Department. March 12, 1897.) Proceeding on the relation of Patrick McElroy against Theodore Roosevelt and others. No opinion. Motion for resettlement granted.